AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
JUN 1 7 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

United States of America
v.
Giovanni SALMERON

Defendant

Case. No. EP-13-M-2846-MAT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __06/13/2013__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant violated __Title 21__ U.S.C. § __841(a)(1) and 952(a)__, an offense described as follows:

defendant(s) did, knowingly and intentionally possess with the intent to distribute marijuana, to wit: approximately 49.1 pounds (gross weight) of marijuana, a Schedule I Controlled Substance; and did knowingly and intentionally import into the United States from the Republic of Mexico, approximately 49.1 pounds (gross weight) of marijuana, a Schedule I Controlled Substance.

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's Signature
Terry W Brumfield Jr, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: __06/17/2013__

City and state: __El Paso, Texas__

_____
Judge's Signature
Miguel A. Torres, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

On June 13, 2013, Giovanni SALMERON entered the United States from the Republic of Mexico at the Paso Del Norte (PDN) Port of Entry (POE), located in El Paso, Texas, by way of lane number seven. SALMERON was the driver and sole occupant of a 2002 Dodge Stratus bearing Texas registration DK4 D791.

At the primary inspection area, SALMERON made the following statements to Customs and Border Protection Officer (CBPO) Cristina A. McBirnie:

SALMERON stated to CBPO McBirnie that he was a citizen of the United States and was on his way to work as a landscaper. SALMERON further stated the vehicle he was driving was owned by him. SALMERON stated he had nothing to declare and was bringing nothing from Mexico.

CBPO McBirnie then utilized a density meter on the vehicle which returned with abnormally high density readings. CBPO McBirnie referred the vehicle and driver to the secondary inspection area for further inspection.

In the secondary area, SALMERON made the following statements to CBPO Samuel Alvarez:

SALMERON stated to CBPO Alvarez he was en route to work and to pay traffic citations. SALMERON further stated the vehicle was his and he had owned the vehicle for approximately three months. SALMERON was asked if he was bringing illegal drugs into the United States to which SALMERON responded, "No." CBPO Alvarez noticed signs of nervousness and evasiveness and requested the assistance of a Canine Enforcement Team.

It should be noted, on June 14, 2013, SA Brumfield (HSI/El Paso) conducted an electronic record check and determined SALMERON did not have outstanding traffic infractions or warrants from the City of El Paso, Texas.

Canine Enforcement Officer (CEO) Ferlin A. Smith, along with Narcotics Detector Dog (NDD) "Chip," inspected the vehicle. "Chip" alerted positively to the odor of a controlled substance by alerting to the rear quarter panels of the vehicle.

Subsequent inspection of the vehicle indicated a non-factory compartment located in the rear quarter panels on both the driver and passenger sides. An inspection of the non-factory compartment revealed red tape wrapped bundles. One bundle was probed and a green leafy was extracted, field-tested, which yielded a positive result for marijuana. A total of 44 bundles were removed from the compartment for a total weight of 49.1 pounds (gross weight) of marijuana.

Homeland Security Investigations (HSI) Special Agent (SA) Terry W. Brumfield, Jr. and SA Robert M. Flores arrived at PDN POE to initiate an investigation. SA Brumfield read

SALMERON the Miranda warning in the English language. SALMERON acknowledged in writing that he understood his rights and he agreed to make a statement without the presence of an attorney. SA Brumfield and SA Flores conducted an interview with SALMERON.

During the interview SALMERON made the following statements:

SALMERON stated he knew he was smuggling marijuana into the United States from the Republic of Mexico. SALMERON further stated he was going to transport the marijuana to an unknown individual located at a bus stop located near the Bridge of the Americas POE in El Paso, Texas. SALMERON stated at the bus stop, an individual wearing a red hat, red shirt, black pants, and yellow shoes would take possession of his vehicle and extract the marijuana at an unknown location. SALMERON stated the individual would return the vehicle to him approximately one half hour later. SALMERON stated he would then return to Ciudad Juarez, Mexico, where he would be paid $1,000.00.

I make this affidavit on the basis of my personal knowledge, as well as the basis of information furnished to me by other law enforcement officers.

Terry W. Brumfield, Jr., Case Agent